# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2020

## NO. 03-19-00874-CR

**Mark Stephan Knapp, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF LEE COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order revoking community supervision signed by the trial court. Mark Stephan Knapp has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Mark Stephan Knapp to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.